## (January 4, 1963)

■ In the Matter of STANDARDBRED OWNERS ASSOCIATION, INC., Respondent, v. YONKERS RACEWAY, INC., Appellant.— Motion by appellant for a stay, pending appeal, denied. Beldock, P. J., Ughetta, Brennan, Hill and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELDRIDGE DUKES, Appellant.— Motion by respondent to dismiss appeal, granted; appeal dismissed. Beldock, P. J., Ughetta, Brennan, Hill and Rabin, JJ., concur.

■ MAMIE GORDON, Respondent, v. SAMUEL FISCHER et al., Doing Business under the Name of HOTEL FISCHER, Appellants.— Motion by respondent to dismiss appeal granted, with $10 costs; appeal dismissed. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

■ LINDA KISSEN, Respondent, v. HARRY KISSEN, Appellant.— Motion by appellant for a stay, pending appeal, denied. Beldock, P. J., Ughetta, Brennan, Hill and Rabin, JJ., concur.

■ In the Matter of ALBERT GILMAN, Appellant, v. ARTHUR BUXENBAUM et al., Constituting the Board of Appeals of the City of Glen Cove, et al., Respondents.— On consent of appellant, motion by respondent Mary Chess, Inc., to dismiss appeal granted; appeal dismissed, without costs. Beldock, P. J., Ughetta, Brennan, Hill and Rabin, JJ., concur.

■ In the Matter of RICHARD R. HAMLIN, Appellant, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Motion by appellant for a stay, pending appeal, denied. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

■ In the Matter of the Estate of HERMAN LEWIN, Deceased. JOHN B. MARAN, Appellant; MARY LEWIN, as Administratrix, Respondent.— Motion by respondent to dismiss appeal denied, on condition that appellant perfect and be ready to argue or submit the appeal at the March Term, beginning March 4, 1963; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before February 8, 1963. Motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect and be ready to argue or submit the appeal at the March 1963 Term. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

■ RITA M. JULIANO, Respondent, v. FRANCIS A. JULIANO, Appellant, et al., Defendant.— Motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect and be ready to argue or submit the appeal at the February Term, beginning January 28, 1963; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 17, 1963. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

■ AMADEO TERRIBILE et al., Respondents, v. CLEARWATER BEACH COLONY, INC., Appellant.— Motion by appellant to enlarge time to perfect appeal granted; appellant's time enlarged to the March Term, beginning March 4, 1963; appeal ordered on the calendar for said term, peremptorily as to appellant. The record and appellant's brief must be served and filed on or before February 8, 1963. Motion by appellant to dispense with printing granted to the extent of dispensing with printing of all exhibits, except the contracts and deeds, namely: plaintiff's exhibits 1, 2, 10 and 18, and defendant's exhibit B; these shall be printed. The originals of all the unprinted exhibits shall be submitted on the argument of the appeal. Beldock, P. J., Ughetta, Brennan, Hill and Rabin, JJ., concur.